UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No. 05-CR-118

KEITH A. ROBERTS,

    Defendant.

**ORDER**

Before the court is the government's motion to quash various subpoenas issued to employees and former employees of the Veteran's Administration. Because the trial in this matter has been postponed, each of the witnesses is released from their subpoenas and it is not necessary to address the specific grounds upon which the government's motion is based. In the event the new attorney for the defendant seeks to subpoena the same or similar witnesses for the postponed trial, the government may renew its motion.

Accordingly, the government's motion to quash is denied as moot but the subpoenaed witnesses shall not appear since the trial date has been moved.

SO ORDERED this __6th__ day of June, 2006.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach
                                                        United States District Judge